UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Kevin Schreiber,<br>    Debtor(s)<br><br>Huntington Bank,<br>    Movant(s)<br>                v.<br>Kevin Schreiber and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 22-21145-CMB<br><br>Chapter 13<br><br>Related to Claim # 1 |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. Huntington Bank filed a Notice of Mortgage Payment Change on August 8, 2022.
2. Debtor's current escrow account payment remains unchanged.
3. Debtor's current principal and interest payment is $148.59
4. Debtor's new principal and interest payment is $159.82
5. Debtor's new total payment is $159.82 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date: August 8, 2022

/s/ Corey J. Sacca\_\_\_\_
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com