**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KEVIN SCHREIBER | Case No.:22-21145 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/14/2022  and confirmed on 07/12/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,977.42 |
| Less Refunds to Debtor | 19.61 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,957.81 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,698.56 | |
| Trustee Fee | 2,397.86 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,096.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 4,156.38 | 0.00 | 4,156.38 |
| Acct: 6764 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 19,695.97 | 0.00 | 19,695.97 |
| Acct: 5418 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 510.08 | 0.00 | 0.00 | 0.00 |
| Acct: 5418 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 20,039.19 | 6,842.18 | 1,410.64 | 8,252.82 |
| Acct: 8639 | | | | |
| HYUNDAI CAPITAL AMERICA D/B/A KIA MC | 20,123.12 | 7,408.19 | 348.03 | 7,756.22 |
| Acct: 9046 | | | | |
| | | | | 39,861.39 |
| Priority | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN SCHREIBER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN SCHREIBER | 19.61 | 19.61 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
|     BONONI & COMPANY PC | 4,750.00 | 4,698.56 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | |
|               * * * N O N E * * * | | | | |
| | | | | |
| **Unsecured** | | | | |
|     AMERICAN EXPRESS NATIONAL BANK | 8,107.97 | 0.00 | 0.00 | 0.00 |
|       Acct: 1004 | | | | |
|     AMERICAN EXPRESS NATIONAL BANK | 1,942.15 | 0.00 | 0.00 | 0.00 |
|       Acct: 2002 | | | | |
|     PNC BANK NA | 12,028.58 | 0.00 | 0.00 | 0.00 |
|       Acct: 3686 | | | | |
|     LVNV FUNDING LLC | 12,313.50 | 0.00 | 0.00 | 0.00 |
|       Acct: 9935 | | | | |
|     CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8259 | | | | |
|     LVNV FUNDING LLC | 11,261.82 | 0.00 | 0.00 | 0.00 |
|       Acct: 7721 | | | | |
|     COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8152 | | | | |
|     COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8191 | | | | |
|     LVNV FUNDING LLC | 949.97 | 0.00 | 0.00 | 0.00 |
|       Acct: 4197 | | | | |
|     DISCOVER BANK(*) | 9,883.32 | 0.00 | 0.00 | 0.00 |
|       Acct: 8758 | | | | |
|     FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5605 | | | | |
|     FIRST NATIONAL BANK OF OMAHA(*) | 994.88 | 0.00 | 0.00 | 0.00 |
|       Acct: 8172 | | | | |
|     FIRST NATIONAL BANK OF OMAHA(*) | 158.39 | 0.00 | 0.00 | 0.00 |
|       Acct: 7766 | | | | |
|     GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4563 | | | | |
|     HSBC BANK USA NA | 4,341.63 | 0.00 | 0.00 | 0.00 |
|       Acct: 8214 | | | | |
|     DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5128 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7950 | | | | |
|     LVNV FUNDING LLC | 201.86 | 0.00 | 0.00 | 0.00 |
|       Acct: 2161 | | | | |
|     WELLS FARGO BANK NA | 9,266.29 | 0.00 | 0.00 | 0.00 |
|       Acct: 0305 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2161 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | |
|               * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                            39,861.39

22-21145      **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**      Page 3 of 3

TOTAL CLAIMED
PRIORITY      0.00
SECURED      40,672.39
UNSECURED      71.450.36

Date: 07/03/2024            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com