**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Kevin Schreiber

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    22-21145 CMB

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 16-2

**Last 4 digits** of any number you use to identify the debtor's account: 5418

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2023

**New total payment:** $951.53
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $354.51        New escrow payment: $358.04

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Debtor(s)   **Kevin Schreiber**                    Case number (*if known*) 22-21145 CMB
            First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Brian C. Nicholas (Atty ID: 317240)                Date   05/18/2023
Print:  Brian Nicholas
        18 May 2023, 07:34:27, EDT

Title   **Attorney for Creditor**

Company   **KML Law Group, P.C.**

Address   **701**   **Market Street, Suite 5000**
          Number    Street
          **Philadelphia,**                  **PA**    **19106**
          City                                State   ZIP Code

Contact phone  (215) 627–1322       Email  bkgroup@kmllawgroup.com