# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kevin Schreiber**<br>Debtor(s)<br><br>**Nationstar Mortgage LLC**<br>Movant<br>vs.<br><br>**Kevin Schreiber**<br>Debtor(s)<br><br>**Ronda J. Winnecour**,<br>Trustee | **BK NO. 22-21145 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 16-2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 22, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Kevin Schreiber
123 Hope Court
Greensburg, PA 15601

Attorney for Debtor(s) (via ECF)
Corey J. Sacca,
Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: May 22, 2023

*/s/ Brian C. Nicholas*
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com